967 So.2d 396 (2007)
CITIZENS PROPERTY INSURANCE CORPORATION, Appellant,
v.
Katherine Y. REED, Appellee.
No. 1D07-1119.
District Court of Appeal of Florida, First District.
October 19, 2007.
G. Alan Howard and Robert M. Dees of Milam, Howard, Nicandri, Dees & Gillam, P.A., Jacksonville, for Appellant.
James F. McKenzie and Jack E. De La Piedra of McKenzie and Hall, P.A., Pensacola, for Appellee.
PER CURIAM.
Reversed and remanded. See Florida Farm Bureau Cas. Ins. Co. v. Cox, 32 Fla. *397 L. Weekly S564, ___ So.2d ___, 2007 WL 2727072 (Fla. Sept. 20, 2007).
ALLEN, DAVIS, and BENTON, JJ., concur.